IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
Northern Division

MEA HSIAOTZOU CHANG                                    CASE NO. 1:16-cv-02260

      Plaintiff,

vs.

EXPERIAN INFORMATION SOLUTIONS, INC., et al.

      Defendants

---

### NOTICE OF DISMISSAL

Mea Hsiaotzu Chang, Plaintiff herein, no answer or motion for summary judgment having been filed, dismisses this action pursuant to R. 41(a)(1), Fed. R. Civ. P.

/s/ Wendell Finner
WENDELL FINNER, Bar No. 04379
P.O. Box 24565
Baltimore, Maryland 21214
(410) 929-2440
(410) 604-7349 fax
himself@wendellfinner.com
*Attorney for Plaintiff*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was sent this 26th day of August, 2016 to Defendant Experian Information Solutions, Inc. by email to its attorney, Sandy David Baron   sbaron@shulmanrogers.com, jchoi@shulmanrogers.com and by first class mail to Defendant Branch Banking and Trust Company by first class mail to it at 150 South Stratford Road Suite 201, Winston-Salem, NC 27104.

/s/ Wendell Finner

REQUEST _GRANTED_ THIS _29th_ DAY
OF _AUGUST_, 20_16_.

_Richard D. Bennett_
RICHARD D. BENNETT
UNITED STATES DISTRICT JUDGE